IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendants nCINO, INC. (f/k/a Penny HoldCo, Inc.) and nCINO OpCo, Inc. (f/k/a nCino, Inc.), | § § § § § § | |
| Plaintiff-Below, Appellant, | § § | No. 30, 2024 |
| v. | § § | Court Below–Court of |
| INSIGHT VENTURE PARTNERS, LLC, INSIGHT HOLDINGS GROUP, LLC, JEFFREY L. HORING, PIERRE NAUDÉ, SPENCER G. LAKE, STEVEN A. COLLINS, JON DOYLE, PAM KILDAY, WILLIAM RUH, and GREG ORENSTEIN, | § § § § § § | Chancery of the State of Delaware C.A. No. 2022-0846 |
| Defendants-Below, Appellees, | § § | |
| and | § § | |
| nCINO, INC. (f/k/a Penny HoldCo, Inc.) and nCINO OpCo, Inc. (f/k/a nCino, Inc.), | § § § | |
| Nominal Defendants-Below, Appellees. | § | |

Submitted: September 4, 2024
Decided: September 12, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## **ORDER**

After consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the judgment of the Court of

Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated December 28, 2023, and the Orders granting the Insight defendants' and nCINO defendants' motions to dismiss dated December 29, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice